**Order entered January 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00904-CV

## IN THE INTEREST OF D.P.B. AND D.Z.B., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-12682**

## ORDER

We **REINSTATE** this appeal.

By order dated November 7, 2017, we abated this appeal pending resolution of appellant's petition for writ of mandamus. On December 19, 2017, the Court conditionally granted the petition for writ of mandamus and directed the trial court to issue a ruling vacating the June 16, 2017 default contempt order. The trial court has complied. Because the order that is the subject of this appeal has now been vacated, it appears this appeal is now moot. Accordingly, we **ORDER** appellant to file, **within ten days**, a motion to dismiss this appeal or a letter explaining why this appeal should not be dismissed. We caution appellant that failure to comply may result in dismissal of the appeal without further notice.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE